**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02146-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CARYL A. MAKOWSKI, and
GREGORY L. MAKOWSKI,

    Plaintiff,

v.

J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.,

    Defendant.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

---

Plaintiffs have submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a "Complaint and Jury Demand."  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiffs will be directed to cure the following if they wishes to pursue their claims.  Any papers that the Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   X   is not submitted: each Plaintiff must submit an individual § 1915 motion.
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiffs
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   X   other: Motions are necessary only if $350.00 filing fee is not paid in

      <u>advance.</u>

**Complaint or Petition**:
- (9)   ___ is not submitted
- (10) ___ is not on proper form (must use the court's current form)
- (11) ___ is missing an original signature by the Plaintiffs
- (12) ___ is incomplete
- (13) ___ uses et al. instead of listing all parties in caption
- (14) ___ names in caption do not match names in text
- (15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16) ___ other _____

Accordingly, it is

    ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Plaintiffs shall *each* obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED August 16, 2012, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge